**No. 61593.**—Morganite, Inc. *v.* United States, protests 314298–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.